PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Luis Armando Rosario-Miranda            Cr.: 07-00642-001
                                                          PACTS #: 46569

Name of Sentencing Judicial Officer:  Honorable Peter G. Sheridan
                                      United States District Judge

Date of Original Sentence: 05/14/07

Original Offense: Importation of Cocaine

Original Sentence: Imprisonment - 37 months; Supervised Release - 4 years; Special Assessment - $100; Drug Testing/Treatment; Mental Health Treatment; DNA Collection

Type of Supervision: Supervised Release            Date Supervision Commenced: 06/05/09

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.          The offender violated the supervision condition which states: '**The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.**'

            On August 14, 2010, the offender was arrested by the Hamilton Township Police Department, Mays Landing, New Jersey, and charged with Driving While Intoxicated. On August 18, 2010, he appeared in Hamilton Township Municipal Court, and entered a not guilty plea. The aforementioned charge against the offender is pending, and his next court date has yet to be determined.

U.S. Probation Officer Action:

The U.S. Probation Office will intensify the offender's supervision and will advise the Court accordingly of any future noncompliant behavior. We are awaiting adjudication of the pending charges against the offender, prior to requesting any court intervention.

PROB 12A - Page 2
Luis Armando Rosario-Miranda

No Court action is recommended at this time.

Respectfully submitted,

By: Denise E. Valletto-Haywood
U.S. Probation Officer
Date: 08/26/10

*No Response is necessary unless the court directs that additional action be taken as follows:*

[✓] No Action Required
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

9/1/10
_____
Date